RECEIVED MAR 1 4 2007



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 9, 2007

The Honorable Charles R. Breyer
United States District Judge
San Francisco, California

Re:   Christopher Watts
      Docket No.: CR 07-0010-01 CRB
      <u>TRAVEL REQUEST</u>

Your Honor:

On April 22, 2004, the offender was sentenced by the Honorable Tom S. Lee, United States District Judge, Southern District of Mississippi, to 57 months custody, and a three year term of supervised release to follow, for a violation of the following: Count One: Murder For Hire, 18 U.S.C. § 1958, a Class C felony. The following special conditions of supervision were ordered: Special assessment $100; drug/alcohol treatment; mental health treatment; and, not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons. Supervision commenced in the Northern District of California on November 2, 2006. On January 5, 2007, jurisdiction was transferred to the Northern District of California, and the case was assigned to Your Honor.

On March 4, 2007, the offender submitted a travel request, seeking approval to travel to Taipei, Taiwan between the dates of May 7, 2007 and May 17, 2007. The purpose of the travel is to meet and visit with his significant other's relatives.

The offender is in full compliance with the terms and conditions of his supervision, and is employed on a full-time basis. Based on this, the undersigned recommends that travel be approved.

Respectfully submitted,                                Reviewed by:

_____                              _____
Jennifer J. James                                      James M. Schloetter
U.S. Probation Officer Specialist                      Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Christopher Watts  Page 2
CR 07-0010-01 CRB

Travel is:
☑ Approved
☐ Denied

_March 15, 2007_
Date

_____
Charles R. Breyer
United States District Judge